# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

DARRIN ZIMLICH and ERIN
MEGAN ZIMLICH,

      Debtors,

(Bankr. Case No. 02-34073)

_____/

OHIO SAVINGS BANK,

      Appellee,

vs.

DARRIN ZIMLICH and ERIN
MEGAN ZIMLICH,

      Defendants/Appellants.

_____/

CASE NO. 06-CV-12563
HON. LAWRENCE P. ZATKOFF

## ORDER WITHDRAWING ORDER TO SHOW CAUSE

On November 3, 2006, the Court ordered Appellants to show cause as to why their appeal should not be dismissed for failure to prosecute. Appellants have since filed a timely response and the Court is satisfied that they have demonstrated good cause for their delay. Accordingly, the Court's November 3, 2006 Order to Show Cause is HEREBY WITHDRAWN.

IT IS FURTHER ORDERED that Appellants shall serve and file their brief in support of their appeal upon the Appellee and the Court within 15 days from the date of this ORDER.

IT IS FURTHER ORDERED that Appellee shall serve and file a response to Appellants' brief within 15 days of receipt thereof.

IT IS FURTHER ORDERED that Appellants may file a reply brief within 10 days after service of Appellee's brief.

The briefs in this matter shall comply with E.D. MICH. LR 7.1(c).

IT IS SO ORDERED.

        S/Lawrence P. Zatkoff
        LAWRENCE P. ZATKOFF
        UNITED STATES DISTRICT JUDGE

Dated:  December 11, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on December 11, 2006.

        S/Marie E. Verlinde
        Case Manager
        (810) 984-3290